IN RE: SPECIAL INVESTIGATION      \*      **IN THE**
MISC. 1064

                                                      \*      **COURT OF APPEALS**

    \*      **OF MARYLAND**

    \*      **COA-REG-0020-2020**

    \*      **No. 20**

    \*      **September Term, 2020**

# O R D E R

Upon consideration of the Unopposed Motion to Seal Record and Opinion filed in the above-captioned case, it is this 13th day of May, 2021,

**ORDERED**, by the Court of Appeals of Maryland, that the Unopposed Motion to Seal Record and Opinion be, and it is hereby, GRANTED; and it is further

**ORDERED**, that pursuant to Maryland Rule 4-642, the record, oral argument, and opinion in the above-captioned case shall be kept under seal for a period of one year from the date of this Order, unless otherwise Ordered by the Court.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk